| 1. Person Reporting (last name, first, middle initial) FUTEY, BOHDAN A. | 2. Court or Organization U.S.COURT OF FEDERAL CLAIMS | 3. Date of Report 4/4/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE - SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

717 Madison Place, NW
Room 603
Washington, D.C. 20005

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Crestway Manor Apartments, Brook Park, Ohio |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUTEY, BOHDAN A. | 4/4/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Ottawa | 3/7/12 - 3/8/12 | Ottawa, Canada | Speaker | Transportation, meals, hotel |
| 2. | University of Pennsylvania Law School | 10/2/12 | Philadelphia, PA | Speaker | Transportation |
| 3. | Chemonics International, Inc. | 11/11/12- 11/15/12 | Kyiv, Ukraine | Observe elections | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUTEY, BOHDAN A. | 4/4/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cleveland Selfreliance Credit Union | Mortgage equity loan, Crestway Manor Apartments | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUTEY, BOHDAN A. | 4/4/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Crestway Manor Apts. Brook Park, Ohio | F | Rent | P1 | Q | | | | | |
| 2. Cleveland Selfreliance Credit Union, Parma, OH | A | Interest | J | T | | | | | |
| 3. Cleveland Selfreliance Credit Union, Parma, OH | A | Interest | K | T | | | | | |
| 4. DOT Federal Credit Union, D.C. | A | Interest | J | T | | | | | |
| 5. Selfreliance Baltimore FCU | A | Interest | J | T | | | | | |
| 6. House, Brook Park, OH | | None | L | W | | | | | |
| 7. Wells Fargo | A | Interest | J | T | | | | | |
| 8. Prudential, IRA | | None | K | T | | | | | |
| 9. a. Prudential Value Fund | | None | J | T | | | | | |
| 10. b. Prudential Global Fund | | None | J | T | | | | | |
| 11. c. Prudential Jennison Fund | | None | J | T | | | | | |
| 12. d.Prudential Stock Index Fund | | None | J | T | | | | | |
| 13. e. American Century VP Value Fund | | None | J | T | | | | | |
| 14. f.Janus Aspen Series Growth Fund | | None | J | T | | | | | |
| 15. g. MFS Emerging Growth Series Fund | | None | J | T | | | | | |
| 16. h.T.Rowe Price Int'l Stock Portfolio Fund | | None | J | T | | | | | |
| 17. Invesco V.I. Core Equity Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUTEY, BOHDAN A. | 4/4/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Investments and Trusts- lines 9 through 17, the value code and value method is reported under line 8, all part of Purdential Fund - names are identical to what is reported on my Prudential statement. Confirmed names with my Prudential account representative.

Part VII, Investments and Trusts - Column D(2) - the appraisal for that property was done on May 28, 2008. I am not having an appraisal done every year.

Part VII, Line 5 - Selfreliance Baltimore FCU -was formerly known as Ukrainian Washington FCU

Part VII, Line 7, Wells Fargo - was formerly know as Wachovia, Washington, D.C.

Chevy Chase Bank (reported 2011) closed account in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BOHDAN A. FUTEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544